D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and IKE SRISKANDARAJAH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No. _____ |

I, D. Victoria Baranetsky, declare:

    1.    I am an attorney of record for the Plaintiffs in this matter and a member in good standing of the California State Bar, and I am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

    2.    I am General Counsel at The Center for Investigative Reporting, which is a nonprofit established under the laws of California with its principal place of business in Emeryville, CA.

    3.    Attached hereto as Exhibit A is a true and correct copy of the following web page: Immigration and Customs Enforcement ("ICE"), *Human Rights Violators & War Crimes Center*, https://www.ice.gov/features/human-rights-violators-and-war-crimes.

    4.    Attached hereto as Exhibit B is a true and correct copy of the FOIA request submitted

by Plaintiffs to ICE on September 13, 2021, seeking disclosure of records related to the Human Rights Violators & War Crimes Center (hereinafter "HRVWCC")

5. Attached hereto as Exhibit C is a true and correct copy of an email sent by Plaintiffs to ICE on September 28, 2021.

6. Attached hereto as Exhibit D are a true and correct copies of emails between Plaintiffs and the ICE Office of Public Affairs beginning on November 30, 2021.

7. Attached hereto as Exhibit E are a true and correct copies of additional emails between Plaintiffs and the ICE Office of Public Affairs on December 2, 2021.

8. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed December 14, 2021 in Emeryville, California.

*s/ D. Victoria Baranetsky*
D. Victoria Baranetsky