# Exhibit A



The protection of fundamental human rights remains among the cornerstones of American democracy. Throughout its history, the United States has sought to uphold the noble ideals upon which it was founded: liberty, democracy, and the basic dignity of all people.

U.S. Immigration and Customs Enforcement (ICE) contributes to this enduring national commitment by holding to account war criminals, human rights abusers, and persecutors. ICE tirelessly seeks out such individuals who may be hiding within our borders and utilizes its broad investigative powers to arrest, charge, and remove such offenders from our shores. This ongoing effort sends a singular message: The United States will not serve as a safe haven for war criminals and human rights abusers and they must never escape justice and accountability.

**Related News**

Secret lives uncovered: Identifying perpetrators of genocide, war crimes and human
rights abuses

On February 21, 2021, ICE removed a 95-year-old former Nazi concentration camp guard
to Germany—one of the last fugitive Nazis who will have been removed from the United
States. Friedrich Karl Berger, a German citizen, participated in Nazi-sponsored
persecution while serving in 1945 as an armed guard at the Neuengamme Concentration
Camp system (Neuengamme). Berger's arrest and removal reinforces ICE's ongoing
efforts in support of human rights. It also serves as a stark reminder that the fight against
atrocities such as those committed during World War II must never end.

The Universal Declaration of Human Rights celebrates the proposition that freedom,
justice, and peace in the world are fundamental rights and that all individuals are entitled
to equality. With that in mind, ICE aims to:

- Prevent the admission of foreign war crime suspects, persecutors, and human
rights abusers into the United States.

- Identify and prosecute individuals who have been involved in and/or
responsible for the commission of human rights abuses across the globe.

- Remove offenders located in the United States.

- Oversee the development of investigative programs to prevent mass atrocities
and hold accountable those perpetrators responsible for genocide and other gross
human rights violations.

Currently, Homeland Security Investigations, which leads ICE's criminal investigative
efforts, has more than 180 active investigations into suspected human rights violators
and is pursuing more than 1,700 leads and removals cases involving suspected human
rights violators from 95 different countries. Since 2003, the Human Rights Violators &
War Crimes Center (HRVWCC) has issued more than 78,000 lookouts for individuals
from more than 110 countries and stopped over 350 human rights violators and war
crimes suspects from entering the U.S.

# Interactive Map

Hover over the map for information on the number of human rights violators and war criminals removed by ICE.



Since 2003, ICE has brought more than 469 individuals to justice for human rights-related violations of the law under various criminal and/or immigration statutes. During that same period, ICE obtained deportation orders against and physically removed 1,085 known or suspected human rights violators from the United States. Additionally, ICE has facilitated the departure of an additional 181 such individuals from the U.S.

*these statistics are as of Oct. 1, 2021*





**ICE REMOVES EX-MEMBER OF GUATEMALAN SPECIAL FORCES LINKED TO 1980S MASSACRE**
AUG. 10, 2016

SEP. 21, 2016

# SEEKI
# VICTIM
# WORL

Among the ide
fou...nd h
that 469 indivi
those who hav

**ICE ARRESTS 36 FUGITIVES ACROSS US DURING OPERATION SAFE OPERATION NO SAFE HAVEN**
SEP. 27, 2016

This...numer
violators who l
world and have
by living secre



MARCH APRIL MAY JUNE JULY AUG. SEPT. OCT. NOV. DEC.    FEB MARCH APRIL MAY JUNE JULY AUG. SEPT. OCT. NOV. DEC.    FEB MARCH APRIL MAY JUNE JULY AUG. SEPT. OCT.

Timeline IS

https://www.ice.gov/features/human-rights-violators-and-war-crimes#event-a-hrefhttps-wwwicegov-features-seeking-justice-victims-around-world-classtimeline-link...    4/5

Use the left and right arrows to navigate the Human Rights Violators and War Crimes
Center Timeline.

# Human Rights Violators & War Crimes Center

The HRVWCC is the only U.S. government entity focused completely on investigating
global atrocities and the perpetrators of human rights violations and war crimes. Initiated
by HSI in 2008, the HRVWCC leverages the knowledge and expertise of a select group of
special agents, attorneys, intelligence analysts, criminal research specialists and
historians who are charged with preventing the U.S. from becoming a haven for
individuals who engage in the commission of war crimes, genocide, torture and other
forms of serious human rights abuses from conflicts around the globe. Learn more about
the HRVWCC.

Have information about foreign nationals suspected of engaging in human rights abuses
or war crimes? Contact the ICE tip line at 1-866-DHS-2423 (1-866-347-2423) or
ice.gov/tips. Callers may remain anonymous. To learn more about the assistance
available to victims in these cases, the public should contact ICE's confidential victim-
witness toll-free number at 1-866-872-4973.

📰 View Human Rights Violator news releases

Updated: 12/13/2021

Exhibit B



**Shawn Musgrave <smusgrave@revealnews.org>**

---

## FOIA Re: Human Rights Violators and War Crimes Center

**Ike Sriskandarajah** <ike@revealnews.org>                                                   Mon, Sep 13, 2021 at 9:38 AM
To: ice-foia@ice.dhs.gov
Cc: Victoria Baranetsky <vbaranetsky@revealnews.org>, Shawn Musgrave <smusgrave@revealnews.org>, Elizabeth
Sanchez <esanchez@revealnews.org>

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009
ice-foia@ice.dhs.gov

9/7/21


**VIA EMAIL**

**Re: Human Rights Violators and War Crimes Center**

Dear FOIA Coordinator :

    I am a reporter for The Center for Investigative Reporting ("CIR"), the oldest non-profit
investigative newsroom in the country, which runs Reveal,  a national radio show and podcast
heard by over a million listeners each week.  Pursuant to the Freedom of Information Act (5 U.S.C.
Section 552), I request the following records from the Human Rights Violators and War Crimes
Center (HRVWCC):

1. Internal reports about the work of the entity now known as HRVWCC, Homeland
   Security Investigations (HSI), and U.S. Immigration and Customs Enforcement (ICE) in
   their roles identifying, preventing admission, and removing perpetrators of foreign war
   crimes and human rights abuses from 2003 to 2021. Please include copies of all
   reports produced with support from HRVWCC made to Congress, the Secretary of
   Homeland Security, Homeland Security Investigations director, ICE Director's office,
   and the Executive Office of the President from the inception of the HRVWCC to the
   present.

2. Any and all reports, spreadsheets, data, names and countries of origin compiled by the
   HRVWCC to track the 460 individuals arrested for human rights-related violations, the
   1,064 deportation orders issued against human rights violators in the US, and the 172
   removals ICE facilitated from 2003 to 2021. (These figures come from the ICE
   HRVWCC website as it appeared in Jan. 2021:  https://web.archive.org/web/
   20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

3. Any and all reports, spreadsheets, data, names and countries of origin from Homeland
   Security Investigations (HSI) and HRVWCC accounting for the 155 active
   investigations into suspected human rights violators. (This figure comes from the ICE
   HRVWCC website as it appeared in Jan. 2021:  https://web.archive.org/web/
   20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

4. Any and all reports, spreadsheets, data, names and countries of origin for the 1,675 leads HRVWCC and HSI are actively pursuing from 95 different countries. (These figures come from the ICE HRVWCC website as it appeared in Jan. 2021: https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

5. Any and all reports, spreadsheets, data, names and countries of origin for the 77,000 lookouts issued by the HRVWCC since 2003.  (This figure comes from the ICE HRVWCC website as it appeared in Jan. 2021:  https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

6. Any and all reports, spreadsheets, data, names and countries of origin HRVWCC has contributed to stopping 333 human rights violators and war crimes suspects from entering the U.S. since 2003. (This figure comes from the ICE HRVWCC website as it appeared in Jan. 2021:  https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

7. Any and all foundational documents, reports, and memos establishing the role of ICE, HSI in investigating war criminals and human rights abusers in 2003, including documents from the pilot project of The Human Rights Violators and War Crimes Center in 2008 and when the HRVWCC became permanent in 2009.

8. All past investigations, casse files, field reports, budgets, memos and multimedia records compiled by HRVWCC's four Regional Support Teams: Latin America, Africa, Europe/Balkans, and Asia/Middle East from 2008 to present. (This reference comes from the ICE HRVWCC website as it appeared in Jan. 2021: https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

9. Copies of all tips and records of tips received by HRVWCC over email, online form, phone calls, voice messages, physical mail, or other means since their creation to now.

10.  A copy of the current staff directory for the HRVWCC staff directories with titles of the 50+ people currently with the unit, and annual directories from the inception of the unit, when there were only six staffers, to the present. (As referenced by Mark Shaffer, Unit Chief HRVWCC in 2018 https://www.ice.gov/news/releases/ices-human-rights-violators-and-war-crimes-program-celebrates-15-years.)

11. Any and all training materials used by the HRVWCC including recordings and multimedia from the 2016 training course at the Federal Law Enforcement Training Center in Georgia. (as referenced by Acting Assistant Director Louis A Rodi III in 2019 https://www.ice.gov/sites/default/files/documents/Speech/2019/190613rodi.pdf)

12. A copy of the current budget for the Human Rights and War Crimes Unit and all historical budgets from the inception of the unit to the present.

In responding to this request, please send the most current records and other information. For example, if ICE has now arrested more than 460 human violators or removed more than 172

Gmail - FOIA Request, ICE, Human Rights and War Crimes Center

human rights abusers please include the most current information on those as well.

To eliminate the need for unnecessary photocopying and postal costs, please deliver the responsive records by email to ike@revealnews.org

As a representative of the news media affiliated with Reveal News, I am gathering information on ICE's human rights violators center because many of these suspected war criminals present a threat to U.S. national security and a danger to others in the communities they live in. Informing the public about these potential dangers fulfills a critical function of the news media.

Because this request is being made for a journalistic purpose, I ask that you waive any fees under 5 U.S.C. Section 552(a)(4)(A)(iii). The information I seek is in the public interest because it will contribute significantly to the American people's ability to gauge the effectiveness of the Department of Homeland Security in keeping war criminals out of our midst.

I believe I meet the criteria for a fee waiver recognized by the U.S. Justice Department - in its policy guidance of April 1987 - and by the federal courts. See Project on Military Procurement v. Department of the Navy, 710 F. Supp. 362, 363, 365 (D.D.C. 1989).

Also, the information sought has informative value, or potential for contribution to public understanding. Please note the decision in Elizabeth Eudey v. CIA, 478 F. Supp. 1175, 1176 (D.D.C. 1979). I plan to disseminate this information over our weekly national radio broadcast and free podcast, which is downloaded approximately 1.5 million times a month.

If you deny this request in whole or in part, I request that you respond with the statutory exemption underlying the denial and the reasoning therein. If an asserted exemption applies to only a portion of a record, please delete or redact the portion to which the exemption applies.

If you have any questions about my request, please email me or call me. The Center for Investigative Reporting's legal counsel is also copied on this letter. We look forward to a response as quickly as possible under the provisions of the pursuant to the Freedom of Information Act (5 U.S.C. Section 552).


Sincerely,

Ike Sriskandarajah
Senior Reporter CIR
608-628-3148
ike@revealnews.org



cc:   D. Victoria Baranetsky, General Counsel, The Center for Investigative Reporting
       Shawn Musgrave, First Amendment Fellow, The Center for Investigative Reporting
        Elizabeth Sanchez, Legal Intern, The Center for Investigative Reporting


---



**FOIA_ ICE, Human Rights and War Crimes Center.pdf**
305K



U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009
ice-foia@ice.dhs.gov

9/7/21


**VIA EMAIL**

**Re: Human Rights Violators and War Crimes Center**

Dear FOIA Coordinator :

I am a reporter for The Center for Investigative Reporting ("CIR"), the oldest non-profit investigative newsroom in the country, which runs Reveal, a national radio show and podcast heard by over a million listeners each week. Pursuant to the Freedom of Information Act (5 U.S.C. Section 552), I request the following records from the Human Rights Violators and War Crimes Center (HRVWCC):

1. Internal reports about the work of the entity now known as HRVWCC, Homeland Security Investigations (HSI), and U.S. Immigration and Customs Enforcement (ICE) in their roles identifying, preventing admission, and removing perpetrators of foreign war crimes and human rights abuses from 2003 to 2021. Please include copies of all reports produced with support from HRVWCC made to Congress, the Secretary of Homeland Security, Homeland Security Investigations director, ICE Director's office, and the Executive Office of the President from the inception of the HRVWCC to the present.

2. Any and all reports, spreadsheets, data, names and countries of origin compiled by the HRVWCC to track the 460 individuals arrested for human rights-related violations, the 1,064 deportation orders issued against human rights violators in the US, and the 172 removals ICE facilitated from 2003 to 2021. (These figures come from the ICE HRVWCC website as it appeared in Jan. 2021:

https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

3. Any and all reports, spreadsheets, data, names and countries of origin from Homeland Security Investigations (HSI) and HRVWCC accounting for the 155 active investigations into suspected human rights violators. (This figure comes from the ICE HRVWCC website as it appeared in Jan. 2021: https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

4. Any and all reports, spreadsheets, data, names and countries of origin for the 1,675 leads HRVWCC and HSI are actively pursuing from 95 different countries. (These figures come from the ICE HRVWCC website as it appeared in Jan. 2021: https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

5. Any and all reports, spreadsheets, data, names and countries of origin for the 77,000 lookouts issued by the HRVWCC since 2003.  (This figure comes from the ICE HRVWCC website as it appeared in Jan. 2021: https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

6. Any and all reports, spreadsheets, data, names and countries of origin HRVWCC has contributed to stopping 333 human rights violators and war crimes suspects from entering the U.S. since 2003. (This figure comes from the ICE HRVWCC website as it appeared in Jan. 2021: https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

7. Any and all foundational documents, reports, and memos establishing the role of ICE, HSI in investigating war criminals and human rights abusers in 2003, including documents from the pilot project of The Human Rights Violators and War Crimes Center in 2008 and when the HRVWCC became permanent in 2009.

8. All past investigations, casse files, field reports, budgets, memos and multimedia records compiled by HRVWCC's four Regional Support Teams: Latin America, Africa, Europe/Balkans, and Asia/Middle East from

2

2008 to present. (This reference comes from the ICE HRVWCC website as it appeared in Jan. 2021: https://web.archive.org/web/20210104045840/https://www.ice.gov/human-rights-violators-war-crimes-unit.)

9.  Copies of all tips and records of tips received by HRVWCC over email, online form, phone calls, voice messages, physical mail, or other means since their creation to now.

10.  A copy of the current staff directory for the HRVWCC staff directories with titles of the 50+ people currently with the unit, and annual directories from the inception of the unit, when there were only six staffers, to the present. (As referenced by Mark Shaffer, Unit Chief HRVWCC in 2018 https://www.ice.gov/news/releases/ices-human-rights-violators-and-war-crimes-program-celebrates-15-years.)

11. Any and all training materials used by the HRVWCC including recordings and multimedia from the 2016 training course at the Federal Law Enforcement Training Center in Georgia. (as referenced by Acting Assistant Director Louis A Rodi III in 2019 https://www.ice.gov/sites/default/files/documents/Speech/2019/190613rodi.pdf)

12. A copy of the current budget for the Human Rights and War Crimes Unit and all historical budgets from the inception of the unit to the present.

In responding to this request, please send the most current records and other information. For example, if ICE has now arrested more than 460 human violators or removed more than 172 human rights abusers please include the most current information on those as well.

To eliminate the need for unnecessary photocopying and postal costs, please deliver the responsive records by email to ike@revealnews.org

As a representative of the news media affiliated with Reveal News, I am gathering information on ICE's human rights violators center because many of these suspected war criminals present a threat to U.S. national security and a danger to others in the communities they live in. Informing the public about these potential dangers fulfills a critical function of the news media.

Because this request is being made for a journalistic purpose, I ask that you waive any fees under 5 U.S.C. Section 552(a)(4)(A)(iii). The information I seek is in the

3



1400 65th, Suite 200 Emeryville, CA 94608
PHONE 510 809 3160                                TWITTER @reveal
WEB revealnews.org

public interest because it will contribute significantly to the American people's ability to gauge the effectiveness of the Department of Homeland Security in keeping war criminals out of our midst.

I believe I meet the criteria for a fee waiver recognized by the U.S. Justice Department - in its policy guidance of April 1987 - and by the federal courts. See Project on Military Procurement v. Department of the Navy, 710 F. Supp. 362, 363, 365 (D.D.C. 1989).

Also, the information sought has informative value, or potential for contribution to public understanding. Please note the decision in Elizabeth Eudey v. CIA, 478 F. Supp. 1175, 1176 (D.D.C. 1979). I plan to disseminate this information over our weekly national radio broadcast  and free podcast, which is downloaded approximately 1.5 million times a month.

If you deny this request in whole or in part, I request that you respond with the statutory exemption underlying the denial and the reasoning therein.  If an asserted exemption applies to only a portion of a record, please delete or redact the portion to which the exemption applies.

If you have any questions about my request, please email me or call me. The Center for Investigative Reporting's legal counsel is also copied on this letter. We look forward to a response as quickly as possible under the provisions of the pursuant to the Freedom of Information Act (5 U.S.C. Section 552).


Sincerely,

Ike Sriskandarajah
Senior Reporter CIR
608-628-3148
ike@revealnews.org


cc:    D. Victoria Baranetsky, General Counsel, The Center for Investigative Reporting
       Shawn Musgrave, First Amendment Fellow, The Center for Investigative Reporting
       Elizabeth Sanchez, Legal Intern, The Center for Investigative Reporting

4

# Exhibit C



**Shawn Musgrave <smusgrave@revealnews.org>**

---

## FOIA Re: Human Rights Violators and War Crimes Center

**Ike Sriskandarajah** <ike@revealnews.org>                      Tue, Sep 28, 2021 at 1:48 PM
To: ice-foia@ice.dhs.gov
Cc: Victoria Baranetsky <vbaranetsky@revealnews.org>, Shawn Musgrave <smusgrave@revealnews.org>, Elizabeth
Sanchez <esanchez@revealnews.org>

Hello,

I'm writing to follow up on a FOIA request I sent on 9/13. I haven't received a tracking number yet and was hoping you
could help update me on its status.

Thanks for your attention,
Ike
[Quoted text hidden]
--
Ike Sriskandarajah
Reporter/Producer
608-628-3148
Center For Investigative Reporting: Reveal

# Exhibit D



**Shawn Musgrave <smusgrave@revealnews.org>**

---

## Fwd: CIR: Records Requests

**Shawn Musgrave** <smusgrave@revealnews.org>
To: Shawn Musgrave <smusgrave@revealnews.org>

Fri, Dec 10, 2021 at 4:53 PM

---

**From:** Bennett, Danielle
**Sent:** Tuesday, November 30, 2021 5:48 PM
**To:** Ike Sriskandarajah <ike@revealnews.org>
**Subject:** RE: CIR: Records Requests

My number is 813-230-9825. I'll ping FOIA for you and I'll also check in with Mark and Mona on the stats and report you asked for.

---

**From:** Ike Sriskandarajah <ike@revealnews.org>
**Sent:** Tuesday, November 30, 2021 5:47 PM
**To:** Bennett, Danielle <Danielle.Bennett@ice.dhs.gov>
**Subject:** Re: CIR: Records Requests

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Thanks Dani. I'll try you in the morning. Appreciate it. Remind me the best number to reach you?

On Tue, Nov 30, 2021 at 5:41 PM Bennett, Danielle <Danielle.Bennett@ice.dhs.gov> wrote:

> Hello Ike, I'm free tomorrow after 9am except for about 2-3pm. My office is separate from the FOIA office but I can share your note with them and ask them to get back to you on the status of your request and see if that helps.
>
> Dani

---

**From:** Ike Sriskandarajah <ike@revealnews.org>
**Sent:** Tuesday, November 30, 2021 5:01 PM
**To:** Bennett, Danielle <Danielle.Bennett@ice.dhs.gov>
**Subject:** Re: CIR: Records Requests

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Hi Dani,

Hope you had a nice Thanksgiving break. There are a few things that I'd like to figure out with you-- like the status of my FOIA request. It's been more than two months without even getting a tracking number. When's a good time to talk on the phone tomorrow?

Ike

# Exhibit E

Case 4:21-cv-09633-HSG  Document 1-3  Filed 12/14/21  Page 21 of 22



**Shawn Musgrave <smusgrave@revealnews.org>**

---

## Fwd: Did you hear back from the FOIA Office?

Ike Sriskandarajah <ike@revealnews.org>                     Fri, Dec 10, 2021 at 2:17 PM
To: Shawn Musgrave <smusgrave@revealnews.org>

---------- Forwarded message ---------
From: **Bennett, Danielle** <Danielle.Bennett@ice.dhs.gov>
Date: Thu, Dec 2, 2021 at 5:59 PM
Subject: RE: Did you hear back from the FOIA Office?
To: Ike Sriskandarajah <ike@revealnews.org>

I would expect his team to get in touch with you, so let me know if you don't hear anything in the next few days and I'll check in with him again.

---

**From:** Ike Sriskandarajah <ike@revealnews.org>
**Sent:** Thursday, December 2, 2021 5:48 PM
**To:** Bennett, Danielle <Danielle.Bennett@ice.dhs.gov>
**Subject:** Re: Did you hear back from the FOIA Office?

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Thanks for checking, Dani. Should I expect to hear back from him? Or he'll get back to you?

On Thu, Dec 2, 2021 at 3:10 PM Bennett, Danielle <Danielle.Bennett@ice.dhs.gov> wrote:

> Hi Ike – yes I did hear back from the Deputy FOIA officer and he said he would look into your request. I shared your note with him below as well just now. Dani

---

**From:** Ike Sriskandarajah <ike@revealnews.org>
**Sent:** Thursday, December 2, 2021 2:48 PM
**To:** Bennett, Danielle <Danielle.Bennett@ice.dhs.gov>
**Subject:** Did you hear back from the FOIA Office?

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Hi Dani,

My colleagues in our legal department were preparing to file a complaint about my FOIA request. Just wanted to check back to see if you heard anything?

Thanks,

Ike

--

Ike Sriskandarajah
Senior Reporter/Producer
608-628-3148
Center For Investigative Reporting: Reveal

--

Ike Sriskandarajah
Senior Reporter/Producer
608-628-3148
Center For Investigative Reporting: Reveal

--

Ike Sriskandarajah
Senior Reporter/Producer
608-628-3148
Center For Investigative Reporting: Reveal