```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

MICHELLE LO (NYRN 4325163)
Chief, Civil Division

SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6925
     FAX: (415) 436-6748
     sapna.mehta@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | CASE NO. 4:21-CV-09633-HSG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

　　　　Plaintiffs The Center for Investigative Reporting and Ike Sriskandarajah ("Plaintiffs") and Defendant United States Department of Homeland Security, Immigration and Customers Enforcement ("Defendant"), by and through their undersigned counsel, stipulate pursuant to Local Civil Rule 6.1(a) to extend the time for Defendant to respond to Plaintiffs' Complaint as follows:

　　　　1.　　Plaintiffs filed their Complaint (Dkt. 1) on December 14, 2021;

　　　　2.　　Defendant's current deadline to respond to Plaintiffs' Complaint is January 15, 2022;

　　　　3.　　Defendant requested, and Plaintiffs agreed to, a two-week extension of Defendant's responsive pleading deadline to January 31, 2022; and

　　　　4.　　This stipulation will not alter the date of any event or any deadline already fixed by the

Court.

THEREFORE, IT IS HEREBY STIPULATED that Defendant will have until January 31, 2022 to respond to Plaintiffs' Complaint.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: January 11, 2022     By:     */s/ Sapna Mehta*
                                    SAPNA MEHTA
                                    Assistant United States Attorney
                                    Attorney for Defendant


Dated: January 11, 2022             THE CENTER FOR INVESTIGATIVE REPORTING

                            By:     */s/ D. Victoria Baranetsky*
                                    D. VICTORIA BARANESTSKY
                                    SHAWN MUSGRAVE
                                    Attorneys for Plaintiffs


### ATTESTATION

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.


Dated: January 11, 2022     By:     */s/ Sapna Mehta*
                                    SAPNA MEHTA
                                    Assistant United States Attorney
                                    Attorney for Defendant

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
4:21-CV-09633-HSG