1  D. Victoria Baranetsky (SBN 311892)
2  THE CENTER FOR INVESTIGATIVE REPORTING
   1400 65th St., Suite 200
3  Emeryville, CA 94608
   Telephone: (510) 982-2890
4  Fax: (510) 849-6141
   vbaranetsky@revealnews.org
5

6  Shawn Musgrave (SBN 341359)
   THE CENTER FOR INVESTIGATIVE REPORTING
7  1400 65th St., Suite 200
   Emeryville, CA 94608
8  Telephone: (510) 982-2890
   Fax: (510) 849-6141
9  smusgrave@revealnews.org

10    Attorneys for Plaintiffs
11
12                          UNITED STATES DISTRICT COURT
                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                                  OAKLAND DIVISION
14
15  THE CENTER FOR INVESTIGATIVE         )   Case No. 4:21-cv-09633-HSG
    REPORTING and IKE SRISKANDARAJAH,    )
16                                       )   **NOTICE OF APPEARANCE OF**
                          Plaintiffs,    )   **COUNSEL**
17                                       )
         v.                              )
18                                       )
    U.S. DEPARTMENT OF HOMELAND          )
19  SECURITY,                            )
                                         )
20                        Defendant.     )
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Shawn Musgrave of The Center for Investigative Reporting, 1400 65th St., Suite 200, Emeryville, CA 94608, hereby appears as counsel on behalf of Plaintiffs THE CENTER FOR INVESTIGATIVE REPORTING and IKE SRISKANDARAJAH.

DATED: January 31, 2022

Respectfully submitted,

By: /s Shawn Musgrave
D. Victoria Baranetsky (SBN 311892)
Shawn Musgrave (SBN 341359)

Attorneys for Plaintiffs