D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Shawn Musgrave (SBN 341359)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
Fax: (510) 849-6141
smusgrave@revealnews.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | CASE NO. 4:21-CV-09633-HSG <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** <br><br> Date: April 19, 2022 <br> Time: 2:00pm <br> Location: Telephonically |

Plaintiffs The Center for Investigative Reporting and Ike Sriskandarajah ("Plaintiffs") and Defendant United States Department of Homeland Security, Immigration and Customs Enforcement ("Defendant") submit this stipulation pursuant to Civil Local Rule 6-2 to continue the case management conference set for April 19, 2022 to May 17, 2022, or another subsequent date convenient to the Court. This stipulation is based on the following facts:

1. This action, filed on December 14, 2021, arises out of a Freedom of Information Act ("FOIA") request submitted by Plaintiffs to Defendant. The parties have engaged in cooperative and productive communications regarding the FOIA request and the search for

and release of responsive documents. Pursuant to the parties' agreed-upon production schedule, ICE will make an initial production by April 14, 2022.

2. Lead counsel for Plaintiffs will be out of the country from April 11, 2022, until May 3, 2022.

3. Due to counsels' availability and to allow time for Plaintiffs to review the initial production and for the parties to resolve as many issues as possible between themselves, the parties stipulate and request that the Case Management Conference currently scheduled for April 19, 2022 be continued to May 17, 2022. The parties will provide the Court with a joint status report by May 10, 2022. At that time, the parties may request a further continuance of the Case Management Conference, or, if the need arises, request to appear at the Case Management Conference.

4. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

Respectfully submitted,

SHAWN MUSGRAVE
Attorney for Plaintiffs

Dated: March 31, 2022     By:   /s/ Sapna Mehta
                                SAPNA MEHTA
                                Assistant United States Attorney
                                Attorney for Defendant

Dated: March 31, 2022           THE CENTER FOR INVESTIGATIVE REPORTING

                          By:   /s/ Shawn Musgrave
                                D. VICTORIA BARANESTSKY
                                SHAWN MUSGRAVE
                                Attorneys for Plaintiffs

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: March 31, 2022          By:     /s/ Shawn Musgrave
                                       SHAWN MUSGRAVE
                                       Attorney for Plaintiffs

**ORDER BASED ON STIPULATION**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

The telephonic Case Management Conference currently set for April 19, 2022, is continued to May 17, 2022, at 2:00 p.m.  The Parties will file a joint status report by May 10, 2022.

DATED:  4/1/2022                       _____
                                       HONORABLE HAYWOOD S. GILLIAM, JR.
                                       United States District Judge