STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| THE CENTER FOR INVESTIGATIVE REPORTING, et al., | CASE NO. 4:21-CV-09633-HSG |
|---|---|
| Plaintiffs, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER (as modified)** |
| v. | Date: May 17, 2022 |
| DEPARTMENT OF HOMELAND SECURITY, | Time: 2:00pm<br>Location: Telephonically |
| Defendant. | |

    Plaintiffs The Center for Investigative Reporting and Ike Sriskandarajah ("Plaintiffs") and Defendant United States Department of Homeland Security, Immigration and Customs Enforcement ("Defendant"), by and through their undersigned counsel, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the case management conference set for May 17, 2022 to June 28, 2022, or a subsequent date convenient to the Court. This stipulation is based on the following facts:

    1.    This action, filed on December 14, 2021, arises out of a Freedom of Information Act ("FOIA") request submitted by Plaintiffs to Defendant. The parties have engaged in cooperative and productive communications regarding the FOIA request and the search for and release of responsive documents. ICE made an initial production on April 14, 2022 and continues its review pursuant to the parties' agreed-upon processing schedule.

2. To allow time for additional processing of documents, for Plaintiffs to review productions, and for the parties to resolve as many issues in this matter as possible between themselves, the parties stipulate and request that the case management conference currently scheduled for May 17, 2022 be continued to June 28, 2022. The parties will provide the Court with a joint status report by June 21, 2022. At that time, the parties may request a further continuance of the case management conference, or, if the need arises, request to appear at the case management conference.

3. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: May 9, 2022       By:   */s/ Sapna Mehta*
                               SAPNA MEHTA
                               Assistant United States Attorney
                               Attorney for Defendant

Dated: May 9, 2022             THE CENTER FOR INVESTIGATIVE REPORTING

                         By:   */s/ Shawn Musgrave*
                               D. VICTORIA BARANESTSKY
                               SHAWN MUSGRAVE
                               Attorneys for Plaintiffs

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: May 9, 2022       By:   */s/ Sapna Mehta*
                               SAPNA MEHTA
                               Assistant United States Attorney
                               Attorney for Defendant

STIPULATED REQUEST TO CONTINUE CMC AND ORDER
4:21-CV-09633-HSG

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the telephonic case management conference currently set for May 17, 2022 is continued to June 28, 2022 at 2:00 p.m.  The parties will file a joint status report by June 21, 2022.

IT IS SO ORDERED.

DATED:  5/10/2022

*Haywood S. Gilliam Jr.*
THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge