STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | CASE NO. 4:21-CV-09633-HSG <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** <br><br> Date: June 28, 2022 <br> Time: 2:00pm <br> Location: Telephonically |

Plaintiffs The Center for Investigative Reporting and Ike Sriskandarajah ("Plaintiffs") and Defendant United States Department of Homeland Security, Immigration and Customs Enforcement ("Defendant"), by and through their undersigned counsel, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the case management conference set for June 28, 2022 to August 9, 2022, or a subsequent date convenient to the Court. This stipulation is based on the following facts:

    1.    This action, filed on December 14, 2021, arises out of a Freedom of Information Act ("FOIA") request submitted by Plaintiffs to Defendant. The parties have engaged in cooperative and productive communications regarding the FOIA request and the search for and release of responsive documents. ICE has made two productions and continues its review pursuant to the parties' agreed-upon processing schedule.

2.     To allow time for additional processing of documents, for Plaintiffs to review productions, and for the parties to resolve as many issues in this matter as possible between themselves, the parties stipulate and request that the case management conference currently scheduled for June 28, 2022 be continued to August 9, 2022. The parties will provide the Court with a joint status report by August 2, 2022. At that time, the parties may request a further continuance of the case management conference, or, if the need arises, request to appear at the case management conference.

3.     The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: June 15, 2022      By:    */s/ Sapna Mehta*
                                                      SAPNA MEHTA
                                                      Assistant United States Attorney
                                                      Attorney for Defendant

Dated: June 15, 2022      THE CENTER FOR INVESTIGATIVE REPORTING

                            By:    */s/ Shawn Musgrave*
                                                      D. VICTORIA BARANESTSKY
                                                      SHAWN MUSGRAVE
                                                      Attorneys for Plaintiffs

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: June 15, 2022      By:    */s/ Sapna Mehta*
                                                        SAPNA MEHTA
                                                      Assistant United States Attorney
                                                      Attorney for Defendant

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the telephonic case management conference currently set for June 28, 2022 is continued to August 9, 2022 at 2:00 p.m.  The parties will file a joint status report by August 2, 2022.

IT IS SO ORDERED.

DATED:  6/15/2022

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge