UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Case No. 21-cv-09633-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on October 18, 2022. Having considered the parties' proposals, *see* Dkt. No. 35, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings / Joinder | December 16, 2022 |
| Deadline for Defendant's Motion for Summary Judgment | January 18, 2023 |
| Deadline for Plaintiffs' Opposition and Cross-Motion for Summary Judgment | February 21, 2023 |
| Deadline for Defendant's Opposition and Reply | March 7, 2023 |
| Deadline for Plaintiffs' Reply | March 14, 2023 |
| Hearing on Motions for Summary Judgment | March 30, 2023, at 2:00 p.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/19/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge