STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No. 4:21-cv-09633-HSG <br><br> **STIPULATED REQUEST TO VACATE SCHEDULING ORDER (DKT. 37) AND TO SCHEDULE CASE MANAGEMENT CONFERENCE; ORDER (as modified)** |

Plaintiffs The Center for Investigative Reporting and Ike Sriskandarajah ("Plaintiffs") and Defendant United States Department of Homeland Security, Immigration and Customs Enforcement ("Defendant"), by and through their undersigned counsel, submit this stipulated request to vacate the deadlines set forth in the Court's Scheduling Order (Dkt. 37), including the motions hearing set for March 30, 2023, and to schedule a case management conference for March 28, 2023. This stipulation is based on the following facts:

    1.    This action, filed on December 14, 2021, arises out of a Freedom of Information Act ("FOIA") request submitted by Plaintiffs to Defendant. The parties have resolved all issues regarding the search for and release of responsive documents in response to the

STIP TO VACATE SCHEDULING ORDER & SCHEDULE CMC
4:21-CV-09633- HSG

FOIA request. The parties thus stipulate and request that the deadlines for summary judgment briefing set forth in the Court's Scheduling Order (Dkt. 37), including the motions hearing set for March 30, 2023, be vacated.

2. The only remaining issue in this matter is Plaintiffs' request for attorney's fees. Plaintiffs intend to send Defendant their fee request by February 10, 2023 and the parties will then confer to resolve any disputed issues relating to Plaintiffs' fee request. The parties thus respectfully request that the Court schedule a case management conference on March 28, 2023, or a subsequent date convenient to the Court, to give the parties time to confer. The parties will file a joint status report by March 21, 2023 if this matter has not been resolved by that time. If resolution is reached before then, the parties will file a stipulation of dismissal.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: January 13, 2023        By:    /s/ Sapna Mehta
                                      SAPNA MEHTA
                                      Assistant United States Attorney
                                      Attorney for Defendant

Dated: January 13, 2023        THE CENTER FOR INVESTIGATIVE REPORTING

                               By:    /s/ Victoria Baranestsky
                                      D. VICTORIA BARANETSKY
                                      Attorney for Plaintiffs

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: January 13, 2023        By:    /s/ Sapna Mehta
                                      SAPNA MEHTA
                                      Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the deadlines set forth in the Court's Scheduling Order (Dkt. 37), including the motions hearing set for March 30, 2023, are VACATED.  A telephonic case management conference is scheduled for March 28, 2023 at 2:00 p.m. and the parties shall file a joint status report by March 21, 2023.

**IT IS SO ORDERED**.

DATED:  1/17/2023

_____
THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge