STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | CASE NO. 4:21-CV-09633-HSG <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** <br><br> Date: March 28, 2023 <br> Time: 2:00pm <br> Location: Telephonically |

    Plaintiffs The Center for Investigative Reporting and Ike Sriskandarajah ("Plaintiffs") and Defendant United States Department of Homeland Security, Immigration and Customs Enforcement ("Defendant"), by and through their undersigned counsel, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the case management conference set for March 28, 2023 to May 2, 2023, or a subsequent date convenient to the Court. This stipulation is based on the following facts:

    1.     This action arises out of a Freedom of Information Act ("FOIA") request submitted by Plaintiffs to Defendant. The parties resolved all issues regarding the search for and release of responsive documents in response to the FOIA request and have since been conferring over Plaintiffs' request for attorney's fees. The parties need additional time to continue those discussions to resolve as many issues in this matter as possible between

themselves. The parties thus stipulate and request that the case management conference currently scheduled for March 28, 2023 be continued by one month to May 2, 2023. The parties will provide the Court with a joint status report by April 25, 2023 if this matter has not been resolved by that time. If resolution is reached before then, the parties will file a stipulation of dismissal.

2. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

        Respectfully submitted,

        STEPHANIE M. HINDS
        United States Attorney

Dated: March 20, 2023      By:    */s/ Sapna Mehta*
        SAPNA MEHTA
        Assistant United States Attorney
        Attorney for Defendant

Dated: March 20, 2023      THE CENTER FOR INVESTIGATIVE REPORTING

      By:    */s/ Victoria Baranetsky*
        D. VICTORIA BARANETSKY
        Attorney for Plaintiffs

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: March 20, 2023      By:    */s/ Sapna Mehta*
        SAPNA MEHTA
        Assistant United States Attorney
        Attorney for Defendant

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the telephonic case management conference currently set for March 28, 2023 is continued to May 2, 2023 at 2:00 p.m.  The parties will file a joint status report by April 25, 2023.

IT IS SO ORDERED.

DATED:  3/20/2023

_____
THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge