ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-6748
sapna.mehta@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | CASE NO. 4:21-CV-09633-HSG <br><br> **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER (as modified)** <br><br> Date: May 2, 2023 <br> Time: 2:00pm <br> Location: Telephonically |

Plaintiffs The Center for Investigative Reporting and Ike Sriskandarajah ("Plaintiffs") and Defendant United States Department of Homeland Security, Immigration and Customs Enforcement ("Defendant"), by and through their undersigned counsel, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the case management conference set for May 2, 2023 to June 8, 2023, or a subsequent date convenient to the Court. This stipulation is based on the following facts:

1.  This action arises out of a Freedom of Information Act ("FOIA") request submitted by Plaintiffs to Defendant. The parties resolved all issues regarding the search for and release of responsive documents in response to the FOIA request and have since been conferring over Plaintiffs' request for attorney's fees. The parties have had productive discussions over possible resolution of Plaintiffs' fee request and are optimistic that they

1. will be able to reach agreement without the need for motion practice but require additional time to conclude those discussions.  The parties thus stipulate and request that the case management conference currently scheduled for May 2, 2023 be continued by one month to June 8, 2023.  The parties will provide the Court with a joint status report by June 1, 2023 if this matter has not been resolved by that time.  If resolution is reached before then, the parties will file a stipulation of dismissal.

2. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

          Respectfully submitted,

          ISMAIL J. RAMSEY
          United States Attorney

Dated: April 25, 2023      By:    */s/ Sapna Mehta*
                                        SAPNA MEHTA
                                        Assistant United States Attorney
                                        Attorney for Defendant

Dated: April 25, 2023          THE CENTER FOR INVESTIGATIVE REPORTING

                            By:    */s/ Victoria Baranetsky*
                                        D. VICTORIA BARANETSKY
                                        Attorney for Plaintiffs

**ATTESTATION**

     In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 25, 2023      By:    */s/ Sapna Mehta*
                                        SAPNA MEHTA
                                        Assistant United States Attorney
                                        Attorney for Defendant

**ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the telephonic case management conference currently set for May 2, 2023 is continued to June 6, 2023 at 2:00 p.m.  The parties will file a joint status report by May 30, 2023.   All counsel shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

NOTE :  All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

IT IS SO ORDERED.

DATED:  4/25/2023

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge